Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NINA PEDRO, et al.,

           Plaintiff(s),

   v.

MILLENNIUM PRODUCTS, INC.

           Defendant(s).

Case No: 3:15-cv-05253

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, John A. Yanchunis, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nina Pedro and Rosaline Lewis in the above-entitled action. My local co-counsel in this case is Clayeo C. Arnold, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 | 865 Howe Avenue<br>Sacramento, CA 95825 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (813) 223-5505 | (916) 777-7777 |
| My email address of record: | Local co-counsel's email address of record: |
| jyanchunis@forthepeople.com | carnold@justice4you.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 324681.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/30/15

                                          John A. Yanchunis
                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of John A. Yanchunis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 4, 2016

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE