1  LTL ATTORNEYS LLP
    James M. Lee (SBN 192301)
2    james.lee@ltlattorneys.com
    Joe H. Tuffaha (SBN 253723)
3    joe.tuffaha@ltlattorneys.com
    David A. Crane (SBN 305999)
4    david.crane@ltlattorneys.com
   601 South Figueroa Street, Suite 3900
5  Los Angeles, CA 90017
   Tel: 213-612-8900
6  Fax: 213-612-3773

7  *Attorneys for Defendant*
8  *Whole Foods Market California, Inc.*

9
10                     **UNITED STATES DISTRICT COURT**
11                     **NORTHERN DISTRICT OF CALIFORNIA**

12 | NINA PEDRO and ROSALIND LEWIS, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-05253-MMC |
|---|---|
| Plaintiff(s), | **DEFENDANT WHOLE FOODS MARKET CALIFORNIA, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT MILLENNIUM PRODUCTS, INC.'S MOTION TO STAY** |
| v. | |
| MILLENNIUM PRODUCTS, INC., a California Corporation, Doing Business As GT KOMBUCHA, GT SYNERGY; GEORGE THOMAS "GT" DAVE, an individual, WHOLE FOODS MARKET CALIFORNIA, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

1  Defendant Whole Foods Market California, Inc. does not oppose Defendant
2  Millennium Products, Inc.'s Motion to Stay, filed on March 11, 2016, Dkt. 32.

4  DATED:  March 25, 2016           LTL ATTORNEYS LLP

6  By  /s/ James M. Lee
   James M. Lee
7  Joe H. Tuffaha
   David A. Crane
8  Attorneys for Defendant Whole Foods
   Market California, Inc.